# Court of Appeals
# of the State of Georgia

ATLANTA,  November 19, 2020

*The Court of Appeals hereby passes the following order:*

**A21E0014. IN RE: ROSE SINGH.**

Appellant's Emergency Motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  11/19/2020*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*